**Order filed April 26, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00175-CV
_____

## IN RE EPC VENTURES, INC. AND JAMES HOPKINS, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-45078**

## ORDER

On March 14, 2022, relators EPC Ventures, Inc. and James Hopkins filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Hon. Fredericka Phillips, presiding judge of the 61st District Court in Harris County, Texas, to set aside her February 14, 2022 order denying relators' Rule 91a motion to dismiss. *See* Tex. R. Civ. P. 91a.

Relators' petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. 52.3(j) (requiring relator to certify that every factual statement in petition is supported by competent evidence in appendix or record); 52.7(a)(2) (requiring relator to provide authenticated transcript of any relevant testimony from any underlying proceeding, including exhibits offered in evidence,

or statement that no testimony was adduced in connection with matter complained). By this order, the court gives relator ten days' notice that the petition will be dismissed for failure to comply with Rules 52.3(j) and 52.7(a)(2) unless the deficiencies are cured. *See generally* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain. (Christopher, C.J., Notice is not required before dismissing a petition for writ of mandamus. *See In re Kholaif*, 624 S.W.3d 228 (Tex. App.—Houston [14th Dist.] 2020, orig. proceeding) (Frost C.J., dissenting).